IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF KENTUCKY

UNITED STATES OF AMERICA,       )
                                )
                Plaintiff,       )
                                )
        v.                       )       Civil Action No. 3:10-cv-1-H
                                )
WILLIAM A. SMITH JR. and         )
DONNA J. SMITH,                  )
                                )
                Defendants.      )

COMPLAINT FOR FEDERAL TAXES

Plaintiff, the United States of America, by and through its undersigned counsel,

complains and alleges against the defendant as follows:

CAUSE OF ACTION

1.      This is a civil action in which the United States seeks (1) to reduce to

judgment the federal income tax assessments made against the defendant William A.

Smith Jr., for the 2000, 2001, 2002, 2003, and 2004 tax years; and (2) to foreclose the

corresponding federal tax liens against certain real property located at 8214 Twin Lakes

Ct., Louisville, Kentucky, and 113 Bonnie Lane, Louisville, Kentucky (together the "Real

Property").

JURISDICTION & VENUE

2.      This action is commenced pursuant to 26 U.S.C. §§ 7401 and 7403 of the

Internal Revenue Code at the direction of the Attorney General of the United States and

at the request and with the authorization of the Chief Counsel of the Internal Revenue Service, a duly authorized delegate of the Secretary of the Treasury.

3.      This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1340 and 1345, and 26 U.S.C. §§ 7402 and 7403.

4.      Venue is proper in this Court by virtue of 28 U.S.C. § 1396.

PARTIES

5.      The plaintiff is the United States of America.

6.      Defendant William A. Smith Jr. resides in Jefferson County, Kentucky, within the jurisdiction of this Court.

7.      Donna J. Smith is named as a defendant because she possesses an interest in the Real Property.

COUNT I - REDUCE FEDERAL TAX
ASSESSMENTS TO JUDGMENT

8.      The United States reasserts the allegations made in paragraphs 1 through 7 above as if fully set forth herein.

9.      A delegate of the Secretary of the Treasury properly and timely assessed federal income tax, penalties, and interest against defendant William A. Smith Jr., as set forth below:

| Tax Period | Assessment Date | Assessed Tax Amount | Balance Currently Due (as of 05/17/2009) |
|------------|-----------------|---------------------|------------------------------------------|
| 2000       | 02/20/2006      | $ 304,568.00        | $ 551,075.78                             |

- 2 -

| 2001 | 02/20/2006 | $ 217,514.70 | $ 474,219.76 |
| 2002 | 02/20/2006 | $ 90,875.70 | $ 176,586.55 |
| 2003 | 10/30/2006 | $ 4,853.30 | $ 8,119.98 |
| 2004 | 05/21/2007 | $ 33,484.80 | $ 33,609.49 |

10.    Notice and demand for payment of the above-described tax assessments were given to in accordance with Section 6303 of the Internal Revenue Code (26 U.S.C.) (the "I.R.C.").

11.    Statutory additions, interest, and costs have accrued and will continue to accrue on the outstanding balance of the tax assessments.

12.    Despite the notices and demands for payment of the aforementioned tax assessments, defendant William A. Smith Jr. has failed to pay the full amounts due and owing to the United States.

13.    By reason of the foregoing, defendant William A. Smith Jr. is indebted to the United States for federal income tax in the amount of $ 1,243,611.56 as of May 17, 2009, relating to the 2000, 2001, 2002, 2003, and 2004 tax years, plus interest and costs that have accrued and will continue to accrue according to law.

COUNT II
FORECLOSURE OF THE FEDERAL TAX LIENS
AGAINST THE REAL PROPERTY

14.    The United States incorporates by reference the allegations set forth in paragraphs 1 through 13 above.

- 3 -

15.     Defendant William A. Smith Jr. and his wife, Donna J. Smith, own the

property located at 8214 Twin Lakes Court, Louisville, Kentucky, and more particularly

described as:

> BEING lot 38, WINDSOR LAKE SUBDIVISION, SECTION I,
> plat of which is of record in Plat and Subdivision Book 32,
> Page 65, in the office of the Clerk of the County Court of
> Jefferson County, Kentucky, excepting therefrom so much
> was conveyed in Deed Book 5701, page 411, in the office of
> the Clerk aforesaid.
>
> Being a part of the same property conveyed to the Party of
> the First Part by deed dated February 28, 1984, and recorded
> in Deed Book 5408 Page 414 of record in the office of the
> Clerk aforesaid, and by the death of her husband and co-
> grantee, Putnam Moremen, III, who died on October 6, 1990.

16.     Defendant William A. Smith Jr. and his wife, Donna J. Smith, own the

commercial property located at 113 Bonnie Lane, Louisville, Kentucky, and more

particularly described as:

> Being Lot 7, Block 4, in Buechel Terrace Subdivision, Section
> No. 1, plat of which is of record in Plat and Subdivision Book
> 10, page 49, in the Office of the Clerk of the County Court of
> Jefferson County, Kentucky.
>
> Being the same property conveyed to the Parties of the First
> Part by deed dated September 13, 1993 and recorded in Deed
> Book 6356 Page 137 of record in the office of the Clerk
> aforesaid.

17.     By virtue of the tax assessments described in paragraph 9 above, federal

tax liens arose in favor of the United States under I.R.C. Sections 6321 and 6322 against

all property and rights to property owned or acquired by the defendant, William A. Smith Jr., including his interest in the Real Property.

18.     Notice of federal tax lines were filed against the defendant, William A. Smith Jr., with the County Court Clerk of Jefferson County, as follows:

| Tax Period Ending | Date Notice of Tax Lien Filed |
|---|---|
| 2000 | 04/25/2007 |
| 2001 | 04/25/2007 |
| 2002 | 04/25/2007 |
| 2003 | 04/25/2007 |
| 2004 | 10/17/2007 |

19.     The Real Property should be sold to satisfy the tax liens of the United States.

WHEREFORE plaintiff, the United States of America, prays that this Court:

A.     Render a judgment in favor of the United States and against defendant William A. Smith Jr. for the unpaid federal income taxes as set forth in paragraph 9 above, in the amount of $ 1,243,611.56 as of May 17, 2009, together with interest and penalties that have accrued and will continue to accrue after that date;

B.     Determine, adjudge, and decree that the United States has valid and subsisting tax liens that attach to all property and rights to property of defendant William A. Smith Jr., including his interest in the Real Property;

- 5 -

C.      Determine, acknowledge, and decree that the federal tax liens shall be against the Real Property, and the Court should determine the interests of the United States and each of the defendants, order a sale of the Real Property, and order that the proceeds be distributed; first, to pay the expenses of the sale; second, to satisfy any and all liens against the Real Property according to their priority; and third, to William A. Smith Jr.; and

D.      Grant the United States such further relief, including the costs of this action, that the Court deems appropriate.

Date: January 4, 2010.

JAMES A. ZERHUSEN
United States Attorney

 /s/ Melissa L. Dickey
MELISSA L. DICKEY
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 616-1920
Email: Melissa.L.Dickey@usdoj.gov